# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MICHAEL EDWARD ALLEN                                                             PLAINTIFF
ADC #19998

v.                       CASE NO. 4:20-CV-382 SWW-JTK

FOSTER, District Court Judge,                                 DEFENDANTS
Van Buren County, *et al*.

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Michael Edward Allen is in custody at the Van Buren County Detention Center. He filed a pro se 42 U.S.C. § 1983 action against District Court Judge Foster, Prosecuting Attorney Chad Brown, and Van Buren County Jail Administrator Brick Lewis for alleged violations of his due process rights in connection with a bond hearing; he sued all Defendants in their personal and official capacities. (Doc. No. 2). Plaintiff alleged he had a bond hearing on March 31, 2020. (Id. at 4). For the hearing, he says he was taken to a room at the jail in which there was a computer set up on a table. (Id.). Plaintiff claims there were only jailers present, and he "no more than sat down when [he] was told the hearing was over and [his] bond denied." (Id.). According to Plaintiff, he never went in front of a judge and he was not represented by an attorney at the hearing. (Id.).

On April 8, 2020, the Court advised Plaintiff that his claims as currently pled were deficient. (Doc. No. 4). The Court pointed out that Plaintiff named Judge Foster, Prosecuting Attorney Brown, and Jail Administrator Lewis as Defendants, but he made no specific factual allegations against any Defendant. (Id.). Plaintiff was given thirty days within which to file an amended complaint to cure the deficiencies in his Complaint, and a blank 42 U.S.C. § 1983 form was mailed to Plaintiff. (Id.).

More than thirty days have passed and Plaintiff has not filed an amended complaint or otherwise responded to the Court's April 8, 2020 Order. Therefore, pursuant to Local Rule 5.5(c)(2), Plaintiff's Complaint should be dismissed without prejudice for failure to prosecute.[1]

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint be DISMISSED without prejudice for failure to prosecute and that Judge Wright certify, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO RECOMMENDED this 18th day of May, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides, in relevant part:

> If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.