**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MICHAEL EDWARD ALLEN**                                                     **PLAINTIFF**
**ADC #19998**

**vs.**                     **NO. 4:20-CV-382 SWW**

**FOSTER, District Court Judge,**                                  **DEFENDANTS**
**Van Buren County,** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1. Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 12th day of June, 2020.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE