# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #19998**

**vs.**　　　　　　　　　**NO. 4:20-CV-382 SWW**

**FOSTER, District Court Judge,**　　　　　　　　　　　　　　　　　　　**DEFENDANTS**
**Van Buren County,** *et al.*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 12th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE